IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:11CV432-MR
(3:06CR85-MR-1)

| | |
|---|---|
| THOMAS MCCOY RICHARDSON, JR., )<br>  )<br>Petitioner, )<br>vs. )<br>  )<br>UNITED STATES OF AMERICA, )<br>  )<br>Respondent. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on Petitioner's Motion to Supplement Response to Respondent's Motion for Summary Judgment, [Doc. 26]. Petitioner seeks to supplement his response by calling to the Court's attention the following cases as authority: United States v. Johnson, 475 Fed. App'x 494 (4th Cir. 1012) and United States v. Hamilton, 480 Fed. App'x 217 (4th Cir. 2012).

Petitioner's Motion to Supplement Response, [Doc. 26], is **GRANTED**.

Signed: February 19, 2013

Martin Reidinger
United States District Judge